

TAGLaw International Lawyers

Stacy C. Gerber Ward
Direct Telephone
414-287-1568
sgward@vonbriesen.com

May 4, 2020

Honorable J.P. Stadtmueller
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

  Re: *U.S. ex rel. Fering v. Center for Pain Management*
    Case No.: 17-CV-1796

Dear Judge Stadtmueller:

The parties to this matter have reached a settlement of all claims. As a result, Defendants Nosheen Hasan and Center for Pain Management respectfully withdraw their motion for sanctions filed against Relator Jonathan Fering on December 12, 2019 (Docket No. 46). The parties anticipate that a stipulation for dismissal of the entire case will be filed in the near future once the Court enters a judgment pursuant to the stipulation filed by the United States last Friday.

Thank you for your attention to this matter.


Very truly yours,

von BRIESEN & ROPER, s.c.

Stacy C. Gerber Ward

34715106_1.DOCX