# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA *ex rel.* JONATHAN B. FERING,

Plaintiff,

v.

CENTER FOR PAIN MANAGEMENT, S.C., NOSHEEN HASAN, M.D., MIDWEST LABORATORY SALES & CONSULTING, LLC, and MATTHEW SAMUELSON,

Defendants.

Case No. 17-CV-1796-JPS

**CONSENT JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion to dismiss (Docket #38) be and the same is hereby **GRANTED** (Docket #40);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants Midwest Laboratory Sales & Consulting, LLC and Matthew Samuelson be and the same are hereby **DISMISSED** from this action with prejudice and without costs assessed to any party (Docket #40);

**IT IS FURTHER ORDERED AND ADJUDGED** that the remaining parties' stipulation for entry of consent judgment (Docket #75) be and the same is hereby **ADOPTED** (Docket #77);

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment be entered in favor of the United States and against Defendants Center for Pain Management, S.C. and Nosheen Hasan, M.D. in the amount of

$1,350,000 plus interest as provided below; those Defendants' alleged liability arises from the False Claims Act, 31 U.S.C. §§ 3729-33, and the common law action of unjust enrichment, as detailed in the Complaint-in-Intervention, (Docket #19), in this matter (Docket #77);

**IT IS FURTHER ORDERED AND ADJUDGED** that in accordance with the May 1, 2020 Settlement Agreement:

1. Defendants Center for Pain Management, S.C. and Nosheen Hasan, M.D. shall pay the United States the sum of $300,000 on or before May 31, 2020.

2. Defendants Center for Pain Management, S.C. and Nosheen Hasan, M.D. shall pay the United States the sum of $500,000 on or before July 1, 2021, plus interest on this amount accrued at the rate of 1.625% per annum from the effective date of the Settlement Agreement until the date payment is made.

3. Defendants Center for Pain Management, S.C. and Nosheen Hasan, M.D. shall pay the United States the sum of $550,000 on or before July 1, 2022, plus interest on this amount accrued at the rate of 1.625% per annum from the effective date of the Settlement Agreement until the date payment is made.

4. Pursuant to this Consent Judgment and the Settlement Agreement, the United States will record a lien against Defendant Nosheen Hasan, M.D.'s property located at 100 E. Walton Street, Unit 18F, Chicago, IL 60611 (the "Chicago property"). The government may also record a lien against Defendant Nosheen Hasan, M.D.'s property located at 19325 Compton Lane, Brookfield, WI 53045 (the "Brookfield property") under the circumstances described in paragraphs 1(g) and 1(k) of the Settlement Agreement.

5. If Defendant Nosheen Hasan, M.D. desires to sell or engage in any other transaction involving either the Brookfield property or the Chicago property to fund a payment required by paragraphs 2 or 3 of this Consent Judgment, the United States will release any judgment lien on said property to reasonably facilitate such a transaction and payment to the United States.

6. The United States will release any remaining judgment liens following Defendants Center for Pain Management, S.C. and Nosheen Hasan, M.D.'s completion of all payments required under this Consent Judgment.

7. In the event that Defendants Center for Pain Management, S.C. and Nosheen Hasan, M.D. default on the payment of any installment required by this Consent Judgment, the balance of the judgment entered, including interest, shall immediately become due and payable, and the United States may proceed with available judicial and administrative remedies to enforce the judgment debt, upon notice to the Defendants.

8. Notice pursuant to paragraph 7 shall be deemed due and sufficient if sent by first class mail, postage prepaid, to Defendant Nosheen Hasan, M.D.'s address or to any new address provided by Nosheen Hasan.

9. Defendant Nosheen Hasan, M.D. agrees to notify the United States Attorney's Office within 30 days of any change of address or employment until the judgment entered is paid in full.

10. This is a publicly available document, and Defendants Center for Pain Management, S.C. and Nosheen Hasan, M.D. waive any claim that this or any other document filed in this case is subject to the Privacy Act of 1974, 5 U.S.C. § 552(a).

11. The Court shall retain jurisdiction over this case for purposes of enforcing the Settlement Agreement and this Consent Judgment; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this matter be and the same is hereby **DISMISSED without prejudice**.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

| | |
|---|---|
| May 21, 2020 | *s/ Jodi L. Malek* |
| Date | By: Deputy Clerk |